NO. 07-09-0389-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 12, 2010

______________________________

TONY GARZA, APPELLANT

V.

UNITED SUPERMARKETS, L.L.C., APPELLEE

_________________________________

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2008-544,606; HONORABLE RUBEN REYES, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant, Tony Garza, perfected this appeal from the trial court’s order granting United Supermarkets, L.L.C.’s, no-evidence motion for summary judgment.  By letter dated December 15, 2009, Garza was notified, among other things, that the $175 filing fee had not been paid and was given until December 27, 2009 to correct the deficiency.  Garza was also notified that failure to pay the filing fee could result in dismissal of the appeal.  
See
 Tex. R. App. P. 5 and 42.3(c).  To date the fee has not been paid nor has Garza responded to the Court’s notice.

Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Supreme Court when an item is presented for filing.  
See 
Tex. R. App. P. 5 and 12.1(b).  Although the filing of a notice of appeal invokes this Court’s jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed.  Tex. R. App. P. 25.1(b).  Consequently, because the filing fee has not been paid, we must dismiss the appeal.

Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee.  Tex. R. App. P. 42.3(c).

Patrick A. Pirtle

      Justice